**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sean Patrick Murphy, a single man, | ) | No. CV-04-1861-PCT-DGC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| County of Yavapai, Board of Supervisors, Gheral Brownlow, Lorna Street, and Chip Davis, a body politic; G.C. "Buck" Buchanan, Sheriff of Yavapai County; and Danell Johnson, a single man, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is pro se Defendant Danial Johnson's "motion to respond on complaint." Doc. #32. Defendant states at the outset of his motion that he intends to answer the complaint, but needs more information to do so. *Id.* at 1. Defendant further states that his first name is Danial, not Dannell, and that he has never assaulted Plaintiff. *Id.* at 2. Defendant concludes by moving the Court to dismiss him from this action. *Id.*

In an order dated November 4, 2005, the Court construed the motion as a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Doc. #53 at 1 (citing *Bernhardt v. L.A. County*, 339 F.3d 920, 925 (9th Cir. 2003)). The Court gave Plaintiff until November 18, 2005 to file a response to the motion. *Id.* at 2. The Court warned Plaintiff it may deem his failure to respond a consent to the granting of the motion. *Id.* (citing LRCiv 7.2(i); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995); *Ferdik v. Bonzelet*,

963 F.2d 1258, 1260 (9th Cir.1992)).  To date, Plaintiff has not filed a response.  The Court will accordingly grant Defendant's motion to dismiss.

**IT IS ORDERED** that Defendant Danial Johnson's motion to dismiss (Doc. #32) is **granted**.

DATED this 28th day of November, 2005.

David G. Campbell
United States District Judge